Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–29776–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juan Rozon                          Berqui Rozon
84 Clifton Avenue                   84 Clifton Avenue
Clifton, NJ 07011                   Clifton, NJ 07011

Social Security No.:
xxx–xx–7361                                    xxx–xx–9736

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              12/6/18
Time:              08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 18, 2018
JAN: lc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-29776-VFP
Juan Rozon                                                                      Chapter 13
Berqui Rozon
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Oct 18, 2018
                             Form ID: 132          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
```
db/jdb       +Juan Rozon,    Berqui Rozon,    84 Clifton Avenue,    Clifton, NJ 07011-1426
517794877    +AT&T Mobility,    Attn: Sunrise Credit Services,    234 Airport Plaza Blvd. Suite 4,
              Farmingdale, NY 11735-3938
517794882    +CCS/First National Bank,    500 East 60th St. N.,    Sioux Falls, SD 57104-0478
517794879    +Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
517794880    +Capital One/Lord & Taylor,    PO Box 30253,    Salt Lake City, UT 84130-0253
517794881    +Carisbrook Asset Holding Trust,    Attn: KML Law Group,    216 Haddon Ave., Ste. 406,
              Westmont, NJ 08108-2812
517794893     Edwin Rodriguez,    17 Park Avenue,    Building 59,    East Orange, NJ 07017
517794886    +Irene Hopka,    257 Clinton Ave.,    Newark, NJ 07108-2806
517794888    +Jose Lee,    95 Madison Avenue,    Clifton, NJ 07011-2705
517794890    +NJ Manufacturers Insurance Co.,    Attn: Harwood Lloyd,    130 Main Street,
              Hackensack, NJ 07601-7102
517794891    +PSE&G,    Attn: Convergent Outsourcing,    800 SW 39th St.,    Renton, WA 98057-4975
517794892    +PSEG Services Corporation,    Attn: Online Collections,    PO Box 1489,
              Winterville, NC 28590-1489
517794894     Roundpoint Mortgage,    P.O. Box 19409,    Charlotte, NC 28219-9409
517794897    +Synchrony Bank,    Attn: Midland Funding,    2365 Northside Dr #300,    San Diego, CA 92108-2709
517794885    ++THE HERTZ CORPORATION,    8501 WILLIAMS ROAD,    ESTERO FL 33928-3325
              (address filed with court: Hertz,    8501 Williams Rd,    Estero, FL 33928)
517794898    +Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA 52409-0004
517794899    +Verizon Wireless,    Attn: 16 McLeland Rd.,    Saint Cloud, MN 56303-2198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517794876     +E-mail/Text: bknotice@ercbpo.com Oct 18 2018 23:52:04     AT&T Direct TV,
               c/o Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517794878     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 00:05:33     Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
517794883     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2018 23:51:29     Comenity Bank/NY&Co.,
               PO Box 182789,    Columbus, OH 43218-2789
517794884     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 19 2018 00:04:56     Credit One Bank,
               PO Box 98875,    Las Vegas, NV 89193-8875
517794887     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2018 23:51:02     Kohls/Capital One,
               PO Box 3115,    Milwaukee, WI 53201-3115
517794889     +E-mail/PDF: pa_dc_claims@navient.com Oct 19 2018 00:06:27     Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
517794895     +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:06:05     SYNCB/TJX COS,    PO Box 965015,
               Orlando, FL 32896-5015
517794896     +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:05:22     SYNCB/Toys R US,    PO Box 965005,
               Orlando, FL 32896-5005
517795855     +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:06:05     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517808877     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2018 00:05:07     T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                          Signature:   /s/Joseph Speetjens

District/off: 0312-2        User: admin              Page 2 of 2              Date Rcvd: Oct 18, 2018
                           Form ID: 132             Total Noticed: 29

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
          David A. Ast    on behalf of Joint Debtor Berqui  Rozon david@astschmidtlaw.com,
           info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          David A. Ast    on behalf of Debtor Juan  Rozon david@astschmidtlaw.com,
           info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   Carisbrook Asset Holding Trust
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5