UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Robert L. Schmidt (RS5975)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorneys for Debtors

**Order Filed on February 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Juan Rozon & Berqui Rozon,
                              Debtors.

Case No.:     18-29776-VFP

Chapter:           13

Judge:       Vincent F. Papalia

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 13, 2018__ :

Property:      84 Clifton Avenue, Clifton, NJ 07011

Creditor:      Roundpoint Mortgage Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtors_____ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____May 13, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2