Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29776−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juan Rozon
84 Clifton Avenue
Clifton, NJ 07011

Berqui Rozon
84 Clifton Avenue
Clifton, NJ 07011

Social Security No.:
xxx−xx−7361

xxx−xx−9736

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/18/19 at 10:00 AM

to consider and act upon the following:

*39* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/18/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*41* − Certification in Opposition to Trustee Certification of Default (related document:39 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/18/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Robert L. Schmidt on behalf of Berqui Rozon, Juan Rozon. (Schmidt, Robert)

Dated: 6/19/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-29776-VFP
Juan Rozon                                                                                          Chapter 13
Berqui Rozon
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1                  Date Rcvd: Jun 19, 2019
                              Form ID: ntchrgbk         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db/jdb         +Juan Rozon,    Berqui Rozon,    84 Clifton Avenue,    Clifton, NJ 07011-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 20 2019 00:23:19
                CAPITAL ONE Auto Finance a division of Capital One,    AIS Portfolio Services, LP,
                c/o Hogan Data Operations,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
              David A. Ast    on behalf of Debtor Juan  Rozon david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              David A. Ast    on behalf of Joint Debtor Berqui  Rozon david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Creditor   Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Carisbrook Asset Holding Trust
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert L. Schmidt    on behalf of Debtor Juan  Rozon robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Robert L. Schmidt    on behalf of Joint Debtor Berqui  Rozon robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8