Order Filed on July 18, 2019
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-29776 |
| Juan Rozon & Berqui Rozon | Judge: Vincent F. Papalia |
| Debtors, | Chapter: 7 |

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 18, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:
Juan Rozon
Berqui Rozon
    Debtors

Case No. 18-29776-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 1  Date Rcvd: Jul 19, 2019
Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
db/jdb          +Juan Rozon,   Berqui Rozon,   84 Clifton Avenue,   Clifton, NJ 07011-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
      David A. Ast    on behalf of Joint Debtor Berqui  Rozon david@astschmidtlaw.com,
   info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
      David A. Ast    on behalf of Debtor Juan  Rozon david@astschmidtlaw.com,
   info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
      Denise E. Carlon    on behalf of Creditor   Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor   Carisbrook Asset Holding Trust
   kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Robert L. Schmidt    on behalf of Joint Debtor Berqui  Rozon robert@astschmidtlaw.com,
   info@astschmidtlaw.com;david@astschmidtlaw.com
      Robert L. Schmidt    on behalf of Debtor Juan  Rozon robert@astschmidtlaw.com,
   info@astschmidtlaw.com;david@astschmidtlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 7